UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:04-CR-212-1

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | ORDER |
| NAPOLEON DEVAL ISOM | ) | |
| | ) | |
| | ) | |

**THIS MATTER IS** before the Court upon Defendant Napoleon Deval Isom's Motion to Transfer, (file doc. 32), filed on March 11, 2006.

In this Motion, Defendant requests that this Court grant a transfer of this case to the Honorable Graham C. Mullen for sentencing on March 21, 2006. Defendant is scheduled to be sentenced in case number 3:03 CR 200, on March 21, 2006, before Judge Mullen. The plea agreement reached in this case, 3:04 CR 212, provides that the sentence will run concurrent with the sentence imposed in 3:03 CR 200. The two cases were combined for purposes of the Pre-Sentence Report. This Court finds that the interests of justice would be served by having the sentence for both cases imposed at the same sentencing hearing before one judge.

**IT IS THEREFORE ORDERED** that Defendant's Motion to Transfer, (file doc. 32), is **GRANTED**.

Richard L. Voorhees
Chief United States District Judge

Signed: March 13, 2006